The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIER KEAND'E GARDNER,<br><br>Plaintiff,<br><br>v.<br><br>LS1-LLC, CHEVRON, JANE DOE,<br><br>Defendants. | Case No. 2:24-cv-00622-RAJ<br><br>**ORDER DIRECTING SERVICE** |

    This matter comes before the Court on *pro se* Plaintiff Kier Keand'e Gardner's motions for the Court's assistance with service. Dkt. ## 7, 18. Plaintiff is proceeding in forma pauperis ("IFP"). Dkt. # 4 (Order Granting Leave to Proceed IFP). Federal Rule of Civil Procedure 4(c)(3) provides, "At the plaintiff's request the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915…" Fed. R. Civ. P. 4(c)(3); *see also Boudette v. Barnette*, 923 F.2d 754, 757 (9th Cir. 1991) (IFP plaintiff must request service of the summons and complaint by court officers before the officers will be responsible for effecting such service). Further, 28 U.S.C. § 1915(d) provides that "[t]he officers of the court shall issue and serve all process, and perform all duties in such cases," referring to

ORDER- 1

in forma pauperis proceedings.

Pursuant to Rule 4(c)(3), the Court grants Plaintiff's motions. Further, the Court extends the deadline for the United States marshal or deputy marshal to effect service to **September 30, 2024**. Fed. R. Civ. P. 4(m). The Court further orders as follows:

1.) The Clerk shall provide a copy of this order, the amended complaint (Dkt. # 14), and the summons for Chevron Corp., Jane Doe, and LS1-LLC (Dkt. # 16), to the United States marshal or deputy marshal no later than September 3, 2024;

2.) The deadline to effect service is extended to September 30, 2024; and

3.) The United States Marshal or Deputy Marshal shall serve Defendants Chevron Corp., Jane Doe, and LS1-LLC no later than September 30, 2024.

DATED this 26th day of August, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER- 2